SEPTEMBER 19, 1995

No. A–277 (O. T. 1995). ALBANESE v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

SEPTEMBER 20, 1995

No. 94–9791. IN RE PELTIER. C. A. 8th Cir. Petition for writ of habeas corpus or in the alternative petition for writ of certiorari dismissed under this Court's Rule 46.

SEPTEMBER 21, 1995

No. A–270 (95–6016). TUGGLE v. NETHERLAND, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.